*Austin v. Teagarden and Blackfoot Services, LLC* (Case No. 2:25-cv-00080-GMN-MDC)

## ORDER

Based on the stipulation of counsel and good cause appearing,

**IT IS HEREBY ORDERED, ADJUDGED, and DECREED** that the above-referenced case shall be DISMISSED WITH PREJUDICE, in its entirety, with each party to bear its own costs and fees incurred. This dismissal is subject to the terms and conditions of the settlement agreement entered into by Plaintiff MARISA AUSTIN and Defendants MARLA MICHELLE TEAGARDEN and BLACKFOOT SERVICES, LLC.

**IT IS FURTHER ORDERED** that all pending hearings and deadlines relating to the above-referenced matter shall be vacated.

**IT IS FURTHER ORDERED** that any jury fees paid by the respective parties shall be returned to the same.

The Clerk of Court is kindly directed to close this case.

Dated this __8__ day of May, 2026.

Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

ARRON & PRUITT,
ATTORNEYS AT LAW
3890 WEST ANN ROAD
NORTH LAS VEGAS, NEVADA 8903
TELEPHONE (702) 870-3940
FACSIMILE (702) 870-3950